UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WALKER COFFEE TRADING LP, et al.  :

                Plaintiffs,  :

    -against-  :

M/V "NORTHERN DELIGHT," et al.,  :

               Defendants.  :

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/14
```

**ORDER**

13 Civ. 7004 (RA) (FM)
13 Civ. 7514
13 Civ. 7516
13 Civ. 7557
13 Civ. 7559
13 Civ. 7563
13 Civ. 7564
13 Civ. 7565
13 Civ. 7566
13 Civ. 7567
13 Civ. 7569
13 Civ. 7644
13 Civ. 8429

**FRANK MAAS,** United States Magistrate Judge.

      Pursuant to the conference held on March 12, 2014, it is hereby ORDERED that

    1.    These cases shall be consolidated for all purposes under docket number 13 Civ. 7004.

    2.    Discovery concerning liability shall be completed by June 11, 2014.

    3.    Additionally, by June 11, 2014, Plaintiffs shall produce their documents related to damages.

4. A further conference shall be held on June 18, 2014, at 11 a.m. The conference shall take place in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. Out-of-town counsel may participate by telephone.

SO ORDERED.

Dated:  New York, New York
March 12, 2014

FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Ronnie Abrams
United States District Judge

All Counsel via ECF